HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JILL MCNEARNEY,<br><br>                 Plaintiff,<br><br>    v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS and STEVEN HAMMOND, M.D.,<br><br>                 Defendants. | No. 11-cv-5930-RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br><br>(Dkt. #31) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report, and the remaining record, does hereby find and **ORDER**:

    (1) The Court adopts the Report and Recommendation;

    (2) The Clerk is directed to send copies of this Order to counsel for Plaintiff, counsel for Defendants, and the Honorable Karen L. Strombom.

Dated this 16th day of August 2012.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1