HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JILL MCNEARNEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS and STEVEN HAMMOND, M.D.,<br><br>　　　　　　Defendants. | No. 11-cv-5930-RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>(Dkt. #31) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The Clerk is directed to send copies of this Order to counsel for Plaintiff, counsel for Defendants, and the Honorable Karen L. Strombom.

Dated this 16th day of August 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1