1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6
7
8
9
10
11

JILL McNEARNEY,

                              Plaintiff,

        v.

WASHINGTON DEPARTMENT OF
CORRECTIONS and DR. STEVEN
HAMMOND,

                              Defendants.

No. C11-5930 RBL/KLS

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

12
13
14
15

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and **ORDER**:

16
17

        (1)     The Court adopts the Report and Recommendation and **GRANTS** Defendants'

Motion for Modification of Court's Injunction Order.  ECF No. 44.

18
19

        (2)     The Court modifies the Injunction Order (ECF No. 27) on page 28 (adopted by

Order at ECF No. 36), as follows:

20
21
22
23

                5)      If the Defendants do not oppose the treatment recommendation by
        the foot and ankle specialist at the Foot and Ankle Institute at Harborview
        Medical Center, the Defendants shall authorize, perform, and/or facilitate the
        recommended treatment should Ms. McNearney elect to have the recommended
        surgical procedure while she is in the custody of the Department of Corrections.

24
25

                6)      This order will automatically terminate upon the release of the
        Plaintiff from the Department of Corrections' custody.

26

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1      (3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for

2 Defendants and to the Hon. Karen L. Strombom.

4      **DATED** this 31st day of January, 2013.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2