UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JILL MCNEARNEY,<br><br>                           Plaintiff,<br>   v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS and STEVEN HAMMOND, M.D.,<br><br>                           Defendants. | No. C11-5930 RBL/KLS<br><br>**REPORT AND RECOMMENDATION**<br>**Noted For:  March 8, 2013** |

Before the Court is the parties' Stipulation for Order of Dismissal.  ECF No. 49.  The parties stipulate to the dismissal of this action with prejudice pursuant to the terms of their settlement agreement.  *Id.*  Accordingly, it is recommended that this case be **DISMISSED WITH PREJUDICE.**

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections.  See also Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **March 8, 2013**, as noted in the caption.

**DATED** this  12th   day of February, 2013.

                                                 Karen L. Strombom
                                                 United States Magistrate Judge

REPORT AND RECOMMENDATION - 1