1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

7

8

9

10

11

JILL MCNEARNEY,

                    Plaintiff,

    v.

WASHINGTON DEPARTMENT OF
CORRECTIONS and STEVEN
HAMMOND, M.D.,

                   Defendants.

No. C11-5930 RBL/KLS

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

12

13

14

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and **ORDER**:

15

16

17

18

19

    1)     The Court adopts the Report and Recommendation.

    2)     The parties Agreed Motion to Dismiss (ECF No. 49) is **GRANTED** and
           this matter is **DISMISSED WITH PREJUDICE.**

    3)     The Clerk is directed to send copies of this Order to Plaintiff and to the
           Hon. Karen L. Strombom.

20

21

**DATED** this 14th day of March, 2013.

22

23

24

25

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

26

ORDER ADOPTING REPORT AND RECOMMENDATION - 1