UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JILL MCNEARNEY,

           Plaintiff,

   v.

WASHINGTON DEPARTMENT OF CORRECTIONS and STEVEN HAMMOND, M.D.,

           Defendants.

No. C11-5930 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)    The Court adopts the Report and Recommendation.

2)    The parties Agreed Motion to Dismiss (ECF No. 49) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE.**

3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 14th day of March, 2013.

                                                   _/s/ Ronald B. Leighton_
                                         RONALD B. LEIGHTON
                                         UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1